THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MORITA PRODUCE, <br><br> Defendant. | CASE NO. C21-1092-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Plaintiff's motion (Dkt. No. 8), and the supporting exhibit (Dkt. No. 8-1), it is hereby ORDERED that Plaintiff is allowed to serve Defendant by substitute service on the California Secretary of State.

Federal Rule 4(e) provides, in relevant part,

> "[S]ervice upon an individual from whom a waiver has not been obtained . . . may be effected in any judicial district of the United States . . . pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State."

Fed. R. Civ. P. 4(e)(1). The Federal Rules of Civil Procedure thus allow service by a method authorized by Washington law where an action is brought in a federal court in Washington.

Washington law authorizes service by depositing a copy of the summons in the office of the secretary of state, so long as the summons is published at least once a week for six weeks in a newspaper of general circulation at the seat of government of the state. Wash. Rev. Code § 4.28.090. Accordingly, Plaintiff must meet this requirement to perfect service.

DATED this 1st day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
